# CA02db Intake

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Tuesday, January 10, 2023 1:54 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 2:21-cv-06416-GRB-ARL Kosiba v. Catholic Health Systems of Long Island, Inc. Electronic Index to Record on Appeal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 1/10/2023 at 1:54 PM EST and filed on 1/10/2023

**Case Name:** Kosiba v. Catholic Health Systems of Long Island, Inc.
**Case Number:** [2:21-cv-06416-GRB-ARL](#)
**Filer:**
**WARNING: CASE CLOSED on 12/13/2022**
**Document Number:** No document attached

**Docket Text:**
**First Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. [44] Notice of Appeal; Appeal Fee Paid. Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (CL)**


**2:21-cv-06416-GRB-ARL Notice has been electronically mailed to:**

Roy W. Breitenbach    rbreitenbach@harrisbeach.com, efilings@harrisbeach.com

Daniel J. Palermo    dpalermo@harrisbeach.com, kmclaughlin@harrisbeach.com

Andrew Kosiba    ak764@protonmail.com

**2:21-cv-06416-GRB-ARL Notice will not be electronically mailed to:**

APPEAL,NPROSE,PROSENEF

## U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:21−cv−06416−GRB−ARL

| | |
|---|---|
| Kosiba v. Catholic Health Systems of Long Island, Inc. | Date Filed: 12/08/2021 |
| Assigned to: Judge Gary R. Brown | Date Terminated: 12/13/2022 |
| Referred to: Magistrate Judge Arlene R. Lindsay | Jury Demand: Plaintiff |
| Cause: 42:1201 Civil Rights (Disability) | Nature of Suit: 446 Civil Rights: Americans with Disabilities − Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Andrew Kosiba**     represented by     **Andrew Kosiba**
33 Neal Path
South Setauket, NY 11720
631−495−9968
Email: ak764@protonmail.com
PRO SE

V.

**Defendant**

**Catholic Health Systems of Long Island, Inc.**     represented by     **Roy W. Breitenbach**
Harris Beach PLLC
333 Earle Ovington Boulevard
Ste 901
Uniondale, NY 11553
516−880−8378
Fax: 516−880−8493
Email: rbreitenbach@harrisbeach.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Palermo**
Harris Beach PLLC
NY
99 Garnsey Road
14534
Pittsford, NY 14534
585−419−8946
Email: dpalermo@harrisbeach.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2021 | 1 | COMPLAINT against Catholic Health Systems of Long Island, Inc. Was the Disclosure Statement on Civil Cover Sheet completed −No,, filed by Andrew Kosiba. (Attachments: # 1 Affidavit in Support, # 2 Civil Cover Sheet) (Cox, Dwayne) (Entered: 12/09/2021) |
| 12/08/2021 | 2 | Summons Issued as to Catholic Health Systems of Long Island, Inc.. (Cox, Dwayne) (Entered: 12/09/2021) |
| 12/08/2021 | | FILING FEE: $ 402.00, receipt number 31944 (Cox, Dwayne) (Entered: 12/09/2021) |
| 12/09/2021 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following |

| | | |
|---|---|---|
| | | link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Cox, Dwayne) (Entered: 12/09/2021) |
| 12/10/2021 | 4 | Letter to pro se plaintiff Andrew Kosiba from the Pro Se Office acknowledging receipt of civil action. (Tirado, Chelsea) (Entered: 12/10/2021) |
| 12/13/2021 | 5 | ORDER TO SHOW CAUSE – Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by serving and filing an affidavit on or before 1/10/2022, why his failure to exhaust should be excused. Plaintiff is cautioned that a failure to timely file an affidavit in accordance with this Order may result in the dismissal of the complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and/or failure to exhaust administrative remedies. The Clerk of the Court is directed to mail a copy of this Order to Show Cause to the Plaintiff forthwith at his address of record and to enter such service on the docket. SO Ordered by Judge Gary R. Brown on 12/13/2021. (Tirado, Chelsea) (Entered: 12/13/2021) |
| 12/29/2021 | 6 | Pro Se Consent to Electronic Notification by Andrew Kosiba (Tirado, Chelsea) (Entered: 01/03/2022) |
| 12/29/2021 | 7 | Plaintiff's AFFIDAVIT in Support of Showing He Has Exhausted Administrative Relief by Andrew Kosiba (Tirado, Chelsea) (Entered: 01/03/2022) |
| 12/29/2021 | 8 | SUMMONS Returned Executed by Andrew Kosiba. Catholic Health Systems of Long Island, Inc. served on 12/20/2021, answer due 1/10/2022. (Tirado, Chelsea) (Entered: 01/03/2022) |
| 01/18/2022 | 9 | NOTICE of Appearance by Roy W. Breitenbach on behalf of Catholic Health Systems of Long Island, Inc. (aty to be noticed) (Breitenbach, Roy) (Entered: 01/18/2022) |
| 01/18/2022 | 10 | Letter MOTION for Extension of Time to File Response/Reply as to 1 Complaint by Catholic Health Systems of Long Island, Inc.. (Breitenbach, Roy) (Entered: 01/18/2022) |
| 01/21/2022 | | ORDER DISMISSING CASE: Whereas review of the complaint herein, as well as plaintiffs reply to the Courts December 13, 2021 Order to Show Cause, shows that plaintiff has failed to obtain a right to sue letter from the EEOC or set forth any ground that would justify an equitable modification of the statutory requirement by this court, this matter is dismissed without prejudice. *See, e.g., Chiari v. New York Racing Assn Inc.*, 972 F. Supp.2d 346, 362–63 (E.D.N.Y. 2013) (even in pro se action, waiver of requisite requires extraordinary event); *Hladki v. Jeffreys Consol., LTD.*, 652 F. Supp. 388, 393 (E.D.N.Y. 1987)(dismissing case for failure to present right to sue letter). The Clerk of the Court shall mail a copy of this Order to plaintiff and close the case. Ordered by Judge Gary R. Brown on 1/21/2022. c/ecf (Cowan, Timothy) (Entered: 01/21/2022) |
| 01/21/2022 | | ORDER finding as moot 10 Motion for Extension of Time to File Response/Reply re 10 Letter MOTION for Extension of Time to File Response/Reply as to 1 Complaint . Ordered by Judge Gary R. Brown on 1/21/2022. c/ecf (Cowan, Timothy) (Entered: 01/21/2022) |
| 01/21/2022 | | Civil Case Terminated pursuant to 1/21/2022 Electronic Order Dismissing Case. (Tirado, Chelsea) (Entered: 01/24/2022) |
| 02/10/2022 | 11 | MOTION to Vacate Order Dismissing Case,,, by Andrew Kosiba. (Tirado, Chelsea) (Entered: 02/11/2022) |
| 02/16/2022 | | ORDER denying 11 Motion to Vacate 11 MOTION to Vacate Order Dismissing Case. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at his address of record. Ordered by Judge Gary R. Brown on 2/16/2022. c/ecf (Cowan, Timothy) (Entered: 02/16/2022) |
| 02/24/2022 | 12 | MOTION to Reopen Case by Andrew Kosiba. (Tirado, Chelsea) (Entered: 02/24/2022) |
| 02/25/2022 | | ORDER granting 12 Motion to Reopen Case. Ordered by Judge Gary R. Brown on 2/25/2022. c/ecf (Cowan, Timothy) (Entered: 02/25/2022) |

| | | |
|---|---|---|
| 03/02/2022 | 13 | Letter MOTION for Extension of Time to File Answer re 1 Complaint by Catholic Health Systems of Long Island, Inc.. (Breitenbach, Roy) (Entered: 03/02/2022) |
| 03/03/2022 | 14 | AMENDED COMPLAINT against Catholic Health Systems of Long Island, Inc., filed by Andrew Kosiba. (Tirado, Chelsea) (Entered: 03/03/2022) |
| 03/06/2022 | | ORDER re 13 : The time for Catholic Health Systems of Long Island, Inc. to answer, move or otherwise respond to the complaint is extended to and including April 4, 2022. Ordered by Magistrate Judge Arlene R. Lindsay on 3/6/2022. c/ecf (Imrie, Robert) (Entered: 03/06/2022) |
| 04/04/2022 | 15 | CERTIFICATE OF SERVICE by Catholic Health Systems of Long Island, Inc. *Judge Browns Individual Practice Rules* (Breitenbach, Roy) (Entered: 04/04/2022) |
| 04/04/2022 | 16 | Letter MOTION for pre motion conference by Catholic Health Systems of Long Island, Inc.. (Breitenbach, Roy) (Entered: 04/04/2022) |
| 04/05/2022 | | ORDER granting 16 Motion for Pre Motion Conference<br><br>A pre−motion telephone conference is scheduled for June 8, 2022 at 2:00 PM before Judge Gary R. Brown, at which time the parties should be prepared to address Defendant's anticipated motion pursuant to Rule 12 of the Federal Rules of Civil Procedure, DE 16. **The parties are to call (888) 363−4734 using ACCESS CODE 4132441 five minutes prior to the designated time.**<br><br>The parties are on notice that in appropriate cases, the pre−motion letter and the response, along with the parties' arguments made at the pre−motion conference, may be construed at the discretion of the Court as the motion itself. Arguments not raised in the pre−motion letters or during the pre−motion conference shall be deemed waived. *See In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d Cir. 2011).<br><br>At the conference, the Court will issue a briefing schedule if necessary. Plaintiff is directed to respond to DE 16 in accordance with the undersigned's individual rules by April 20, 2022. Before requesting an adjournment, the parties shall meet and confer and submit a joint letter with several proposed dates. The parties and other attendees to the conference are also reminded that the recording of any proceeding of the Court, including this conference, is prohibited under Local Rule 1.8.<br><br>Ordered by Judge Gary R. Brown on 4/5/2022. (Johnston, Linda) Modified on 4/5/2022 to correct date(McMorrow, Karen). (Entered: 04/05/2022) |
| 04/05/2022 | | Incorrect Case/Document/Entry Information. 4/5/2022 order edited to correct the date of the hearing to June 8, 2022. (McMorrow, Karen) (Entered: 04/05/2022) |
| 04/05/2022 | | ORDER: All pretrial proceedings are hereby referred to the assigned Magistrate Judge. In addition, any dispositive pretrial motions are referred to the assigned Magistrate Judge for a Report and Recommendation, including DE 16.<br><br>In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are reminded that, if all parties consent, a United States Magistrate Judge may: (1) conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment; or (2) conduct all proceedings and enter a final order on a particular motion. A consent form should be signed and filed electronically only if all parties wish to consent and it is signed by all parties. Consent forms may be accessed at the following links:<br><br>http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf<br><br>http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085A.pdf.<br><br>You may withhold your consent without adverse substantive consequences. DO NOT return or file a consent form unless all parties have signed the consent. The Clerk of Court is directed to mail a copy of this Order to the *pro se* plaintiff. Ordered by Judge Gary R. Brown on 4/5/2022. c/ecf (Cowan, Timothy) (Entered: 04/05/2022) |
| 04/05/2022 | | ORDER: In light of the Order dated April 5, 2022 referring all pretrial matters to the assigned Magistrate Judge, the Conference scheduled for June 8, 2022 is hereby |

| | | |
|---|---|---|
| | | canceled. Ordered by Judge Gary R. Brown on 4/5/2022. c/ecf (Cowan, Timothy) (Entered: 04/05/2022) |
| 04/19/2022 | 17 | SCHEDULING ORDER: Rule 26 Meeting Report due by 5/20/2022. See the attached Order for details. Ordered by Magistrate Judge Arlene R. Lindsay on 4/19/2022. (Attachments: # 1 Rule 26(f) form) c/ecf (Imrie, Robert) (Entered: 04/19/2022) |
| 04/20/2022 | 18 | BRIEF in Opposition to Defendant's Letter to Dismiss filed by Andrew Kosiba. (Tirado, Chelsea) (Entered: 04/21/2022) |
| 05/02/2022 | 19 | Letter MOTION for pre motion conference by Catholic Health Systems of Long Island, Inc.. (Breitenbach, Roy) (Entered: 05/02/2022) |
| 05/03/2022 | 20 | ORDER re 19 : See the attached Order for details. Ordered by Magistrate Judge Arlene R. Lindsay on 5/3/2022. c/ecf (Imrie, Robert) (Imrie, Robert). (Entered: 05/03/2022) |
| 05/10/2022 | 21 | Letter to pro se plaintiff Andrew Kosiba from the Pro Se Department returning amended complaint and affidavit in support of complaint without docketing or consideration. (Tirado, Chelsea) (Entered: 05/10/2022) |
| 05/10/2022 | 22 | MOTION to Appoint Expert */Special Master to resolve court's conflict of interest* by Andrew Kosiba. (Tirado, Chelsea) (Entered: 05/10/2022) |
| 05/18/2022 | | ORDER denying 22 Motion to Appoint Expert. Plaintiff's motion to appoint a special master is hereby denied. The Court certifies pursuant to 28 U.S.C. §§ 1915(a)(3) that any appeal of this order would not be taken in good faith and therefore *in forma pauperis* status is denied for any appeal on those grounds. The Clerk of Court is respectfully directed to serve a copy of this Order to plaintiff at his address of record. Ordered by Judge Gary R. Brown on 5/18/2022. c/ecf (Johnston, Linda) (Entered: 05/18/2022) |
| 05/18/2022 | 24 | Letter addressed to Brenna Mahoney from pro se plaintiff Andrew Kosiba re Second Amended Complaint (Tirado, Chelsea) (Entered: 05/23/2022) |
| 05/18/2022 | 25 | MOTION for Leave to File Document *Amended Complaint* by Andrew Kosiba. (Tirado, Chelsea) (Entered: 05/23/2022) |
| 05/20/2022 | 23 | Letter *to Judge Arlene Rosario Lindsay with Rule26f Report* by Catholic Health Systems of Long Island, Inc. (Breitenbach, Roy) (Entered: 05/20/2022) |
| 05/24/2022 | 26 | Amended MOTION to Appoint Expert */Special Master to Resolve Court's Conflict of Interest and Set Aside and Vacate The Order* by Andrew Kosiba. (Tirado, Chelsea) (Entered: 05/25/2022) |
| 05/26/2022 | | ORDER re 25 : On May 18, 2022, the pro se plaintiff filed a motion seeking leave to file a second amended complaint. The parties have already been provided a briefing schedule for the defendants anticipated motion to dismiss the first amended complaint. The plaintiff is directed to serve and file the second amended complaint which the Court will treat as the operative pleading. In order to give the defendant an opportunity to address the second amended complaint, the briefing schedule is amended as follows: (1) On or before June 27, 2022, the defendant is to serve the plaintiff with its motion to dismiss the second amended complaint; (2) On or before July 18, 2022, the plaintiff is to serve the defendant with his opposition; and (3) On or before July 25, 2022, the defendant is to serve the plaintiff with its reply and file the fully briefed motion to dismiss with the Court. Ordered by Magistrate Judge Arlene R. Lindsay on 5/26/2022. c/ecf (Imrie, Robert) Modified on 7/12/2022 to correct a typographical error (Imrie, Robert). (Entered: 05/26/2022) |
| 05/26/2022 | 27 | NOTICE of Appearance by Daniel J. Palermo on behalf of Catholic Health Systems of Long Island, Inc. (aty to be noticed) (Palermo, Daniel) (Entered: 05/26/2022) |
| 05/26/2022 | | ORDER denying 26 Motion to Appoint Special Master. The Amended MOTION to Appoint Expert /Special Master and to Set Aside and Vacate The Order by Andrew Kosiba is hereby Denied. Ordered by Judge Gary R. Brown on 5/26/2022. c/ecf (Johnston, Linda) (Entered: 05/26/2022) |
| 05/26/2022 | | ORDER re Order on Motion to Appoint Special Master dated 5/26/2022. The Clerk of Court is respectfully directed to serve a copy of the Order dated 5/26/2022 to plaintiff at his address of record. Ordered by Judge Gary R. Brown on 5/26/2022. c/ecf |

| | | |
|---|---|---|
| | | (Johnston, Linda) (Entered: 05/26/2022) |
| 06/09/2022 | 28 | Letter MOTION to Compel *Request for Written Order,* by Andrew Kosiba. (Ortiz, Grisel) (Entered: 06/10/2022) |
| 06/13/2022 | | ORDER denying 28 Motion to Compel: Plaintiff's "Letter MOTION to Compel Request for Written Order" is denied as a copy of the Court's Written Order has already been mailed to plaintiff. The Clerk of the Court is respectfully directed to mail a copy of this order to pro se plaintiff. Ordered by Judge Gary R. Brown on 6/13/2022. c/ecf (Cowan, Timothy) (Entered: 06/13/2022) |
| 06/22/2022 | 29 | NOTICE OF INTERLOCUTORY APPEAL as to Order on Motion for Leave to File, Order, Order on Motion to Appoint Expert, by Andrew Kosiba. (Landow, Concetta) (Entered: 06/22/2022) |
| 06/22/2022 | | APPEAL FILING FEE DUE re 29 Notice of Interlocutory Appeal Payment in the amount of $505.00, can be made in person to the clerks office, or mailed in. (Landow, Concetta) (Entered: 06/22/2022) |
| 06/22/2022 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 29 Notice of Interlocutory Appeal; Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Landow, Concetta) (Entered: 06/22/2022) |
| 06/27/2022 | 30 | MOTION to Dismiss for Failure to State a Claim by Catholic Health Systems of Long Island, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Notice to Pro Se Litigant, # 3 Certificate of Service) (Palermo, Daniel) (Entered: 06/27/2022) |
| 07/05/2022 | 31 | Letter MOTION to Compel *the court to send the originally requested order and clerks be sanctioned* by Andrew Kosiba. (Cubano, Jazmin) (Entered: 07/12/2022) |
| 07/08/2022 | 32 | RESPONSE to Defendant's Motion to Dismiss 30 filed by Andrew Kosiba. (Cubano, Jazmin) (Entered: 07/13/2022) |
| 07/12/2022 | | ORDER: The Motion to Dismiss for Failure to State a Claim 30 is denied with leave to renew as it was not filed pursuant to the Court's Bundle Rule which requires the motion to be filed once it has been fully briefed. Ordered by Magistrate Judge Arlene R. Lindsay on 7/12/2022. c/ecf (Imrie, Robert) (Entered: 07/12/2022) |
| 07/12/2022 | | USCA Appeal Fees received $ 505 receipt number 200000013 re 29 Notice of Interlocutory Appeal filed by Andrew Kosiba (Landow, Concetta) (Entered: 07/12/2022) |
| 07/12/2022 | | First Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 29 Notice of Interlocutory Appeal; Fee paid. Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Landow, Concetta) (Entered: 07/12/2022) |
| 07/12/2022 | | ORDER re 31 : The pro se office is directed to mail the plaintiff a copy of the docket sheet reflecting Judge Browns May 26, 2022 Electronic Order denying the plaintiffs Motion to Appoint Special Master and the Amended Motion to Appoint Expert/Special Master and to Set Aside and Vacate the Order. The request for sanctions is denied. Ordered by Magistrate Judge Arlene R. Lindsay on 7/12/2022. c/ecf (Imrie, Robert) Modified on 7/12/2022 to indicate that a copy of this Order and the Docket Sheet have been mailed to Pltf by Cert. Mail RR # 70200640000230719395 (Imrie, Robert). (Entered: 07/12/2022) |
| 07/13/2022 | | ORDER re 31 Letter MOTION to Compel the court to send the originally requested order and clerks be sanctioned filed by Andrew Kosiba.<br><br>The letter motion to compel, Docket Entry No. 31, filed by plaintiff Andrew Kosiba is hereby stricken as violative of Rule 11 of the Federal Rules of Civil Procedure. **Plaintiff is cautioned that filings should not be made without a good faith basis and any further such filings could result in sanctions, including dismissal of the action.** |

| | | |
|---|---|---|
| | | The Clerk of the Court is respectfully directed to mail a copy of this Order to the *pro se* plaintiff at his address of record forthwith and to enter such service on the docket report.<br><br>Ordered by Judge Gary R. Brown on 7/13/2022. c/ecf (Johnston, Linda) (Entered: 07/13/2022) |
| 07/25/2022 | 33 | MOTION to Dismiss for Failure to State a Claim by Catholic Health Systems of Long Island, Inc.. (Attachments: # 1 Memorandum in Support Defendant's Memorandum of Law in Support of Defendant's Motion to Dismiss, # 2 Supplement Notice to Pro Se Litigant, # 3 Certificate of Service Certificate of Service regarding Defendant's Notice of Motion to Dismiss, # 4 Supplement Plaintiff's Response to Defendant's Motion to Dismiss dated 7.8.22, # 5 Memorandum in Support Defendant's Reply Memorandum of Law in Further Support of Defendant's Motion to Dismiss, # 6 Certificate of Service Certificate of Service for Defendant's Reply Memorandum of Law in Further Support of Motion to Dismiss) (Palermo, Daniel) (Entered: 07/25/2022) |
| 08/08/2022 | 34 | Letter MOTION to Strike *defendants statements* by Andrew Kosiba. (Cubano, Jazmin) (Entered: 08/08/2022) |
| 08/12/2022 | | ORDER denying 33 Motion to Dismiss for Failure to State a Claim; denying 34 Motion to Strike 33 MOTION to Dismiss for Failure to State a Claim , 34 Letter MOTION to Strike *defendants statements*: The motions are denied without prejudice because the Court lacks jurisdiction based on the filing of the notice of the appeal. Ordered by Judge Gary R. Brown on 8/12/2022. c/ecf (Cowan, Timothy) (Entered: 08/12/2022) |
| 09/26/2022 | 35 | Letter MOTION to Amend/Correct/Supplement *Complaint* by Andrew Kosiba. (Cubano, Jazmin) (Entered: 09/26/2022) |
| 10/14/2022 | 36 | RESPONSE to Motion re 35 Letter MOTION to Amend/Correct/Supplement *Complaint* filed by Catholic Health Systems of Long Island, Inc.. (Palermo, Daniel) (Entered: 10/14/2022) |
| 10/19/2022 | 37 | MANDATE of USCA 22–1356 as to 29 Notice of Interlocutory Appeal filed by Andrew Kosiba. Appellant, pro se, moves to voluntarily dismiss his appeal. This Court has determined sua sponte that it lacks jurisdiction over this appeal because a final order has not been issued by the districtcourt as contemplated by 28 U.S.C. § 1291. See Petrello v. White, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED. It is further ORDERED that the motion is DENIED as moot. (CL) (Entered: 10/19/2022) |
| 10/19/2022 | | ORDER re 36 Response to Motion filed by Catholic Health Systems of Long Island, Inc., 35 Letter MOTION to Amend/Correct/Supplement *Complaint* filed by Andrew Kosiba. In light of the Mandate of the Second Circuit dated 10/19/2022 dismissing plaintiff's appeal, and this Court's Order dated 4/5/2022, the motion to amend, DE 25, and response, DE 36, are referred to the assigned Magistrate Judge. The Clerk of the Court is directed to mail a copy of this Order on the pro se plaintiff. Ordered by Judge Gary R. Brown on 10/19/2022. c/ecf (LJ) (Entered: 10/19/2022) |
| 10/19/2022 | | MOTIONS REFERRED: As directed by Judge Brown's Chambers the 33 MOTION to Dismiss for Failure to State a Claim is referred to Judge Lindsay. (Motions referred to Arlene R. Lindsay.) (GO) (Entered: 10/26/2022) |
| 10/20/2022 | 38 | REPLY to Response to Motion Re: 35 Letter MOTION to Amend/Correct/Supplement *Complaint* filed by Andrew Kosiba. (CV) (Entered: 10/20/2022) |
| 11/18/2022 | 39 | REPORT AND RECOMMENDATIONS re 33 , 35 : See the attached Report and Recommendation for details. Ordered by Magistrate Judge Arlene R. Lindsay on 11/18/2022. c/ecf (RI) (Entered: 11/18/2022) |
| 12/01/2022 | 40 | OBJECTION to 39 Report and Recommendations filed by Andrew Kosiba. (CV) (Entered: 12/01/2022) |
| 12/02/2022 | | ORDER re 40 Objection to Report and Recommendations filed by Andrew Kosiba. The Defendants is directed to respond to the Plaintiff's Objection to Report and Recommendations, DE 40, by December 9, 2022. Ordered by Judge Gary R. Brown on 12/2/2022. (LJ) (Entered: 12/02/2022) |

| | | |
|---|---|---|
| 12/08/2022 | 41 | MEMORANDUM in Opposition re 40 Objection to Report and Recommendations filed by Catholic Health Systems of Long Island, Inc.. (Palermo, Daniel) (Entered: 12/08/2022) |
| 12/12/2022 | | ORDER ADOPTING REPORT AND RECOMMENDATIONS for 33 Motion to Dismiss for Failure to State a Claim,,, filed by Catholic Health Systems of Long Island, Inc., 35 Motion to Amend/Correct/Supplement filed by Andrew Kosiba, 39 Report and Recommendations ; granting 33 Motion to Dismiss for Failure to State a Claim; denying 35 Motion to Amend/Correct/Supplement; adopting Report and Recommendations as to 39 Report and Recommendations.<br><br>Presently before the Court is the Report and Recommendation dated November 18, 2022, DE 39, of United States Magistrate Judge Arlene R. Lindsay recommending that: Defendant's motion to dismiss the Second Amended Complaint be granted and that plaintiff's motion to amend be denied. Plaintiff filed objections to the Report and Recommendation which were entered on the Docket Report on December 1, 2022. DE 40.<br><br>In reviewing a Report and Recommendation,the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party makes specific and timely objections to a Magistrate Judge's findings or recommendations as to dispositive motions, the district court must apply a *de novo* standard of review to the portions of the Report and Recommendation to which the objection is made. Fed. R. Civ. P. 72(b); *see LLC v. Doe 3*, 604 F.3d 110, 116 (2d Cir. 2010); *see also* 28 U.S.C. § 636(b)(1). However, "general or conclusory objections, or objections which merely recite the same arguments presented to the magistrate judge, are reviewed for clear error." *Caldarola v. Town of Smithtown*, No. 09–cv–272, 2011 U.S. Dist. LEXIS 37280, at *1 (E.D.N.Y. Apr. 4, 2011). The Court has carefully reviewed and considered the objections of Plaintiff, DE 40, and finds that they fail to raise any colorable objection to the Report and Recommendation and principally restate the conclusory allegations set forth in the motion papers. Because Plaintiff's objections merely reiterate its original arguments, as well as the facts and issues that were presented to Judge Lindsay, the undersigned may review the Report and Recommendation for clear error.<br><br>Nevertheless, although *de novo* review is not required, the Court has conducted a *de novo* review of the Report and Recommendation in an abundance of caution. Having carefully reviewed Plaintiff's objections, the motion papers, the applicable law, and having conducted a careful review of the Report and Recommendation *de novo*, the Court adopts the findings and recommendations contained in the well–reasoned and exceedingly thorough Report and Recommendation dated November 18, 2022, DE 39, of Magistrate Judge Lindsay in their entirety. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b); *see Caldarola*, 2011 U.S. Dist. LEXIS 37280, at *1; *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002); *Piroleau v. Caserta*, No. 10–CV–5670 (SJF), 2012 WL 5389931, at *1 (E.D.N.Y. Oct. 29, 2012). Accordingly,<br><br>IT IS HEREBY ORDERED that Defendant's motion to dismiss the Second Amended Complaint, DE 33, is GRANTED, and Plaintiff's motion to amend, DE 25, is DENIED.<br><br>IT IS FURTHER ORDERED that Plaintiff's Second Amended Complaint is dismissed.<br><br>The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is DENIED for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).<br><br>The Clerk of the Court is directed to serve a copy of this Order on the *pro se* plaintiff and close the case.<br><br>Ordered by Judge Gary R. Brown on 12/12/2022. (LJ) (Entered: 12/12/2022) |
| 12/13/2022 | 42 | CLERK'S JUDGMENT: ORDERED AND ADJUDGED that Plaintiff Andrew Kosiba take nothing of Defendant Catholic Health System of Long Island, Inc.; that |

| | | |
|---|---|---|
| | | Defendant's motion to dismiss the Second Amended Complaint is granted; that Plaintiff's motion to amend is denied; that Plaintiff's Second Amended Complaint is dismissed; that in forma pauperis status is denied for the purpose of any appeal; and that this case is closed. Ordered by Clerk of Court on 12/13/2022 (CM to pro se plaintiff with an appeal packet). (JT) (Entered: 12/13/2022) |
| 12/14/2022 | 43 | MOTION to Vacate Order Adopting Report and Recommendations,,,,,,,,,,,,,,,, Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,,,,,,, Order on Motion to Amend/Correct/Supplement,,,,,,,,,,,,,,,, Order on Report and Recommendations,,,,,,,,,,,,,,,, *MOTION TO SET ASIDE OR VACATE AND REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW* by Andrew Kosiba. (GO) (Entered: 12/14/2022) |
| 12/15/2022 | | ORDER denying 43 Motion to Vacate 43 MOTION to Vacate Order Adopting Report and Recommendations, Order on Motion to Dismiss for Failure to State a Claim, Order on Motion to Amend/Correct/Supplement, Order on Report and Recommendations. After careful consideration by the Court, the motion is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of the Court is directed to serve a copy of this Order on the pro se plaintiff. Ordered by Judge Gary R. Brown on 12/15/2022. (LJ) (Entered: 12/15/2022) |
| 01/04/2023 | 44 | NOTICE OF APPEAL by Andrew Kosiba. IFP has been denied for any appeal purpose. Fee due. (CL) (Entered: 01/04/2023) |
| 01/04/2023 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 44 Notice of Appeal; Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (CL) (Entered: 01/04/2023) |
| 01/04/2023 | | APPEAL FILING FEE DUE re 44 Notice of Appeal Payment in the amount of $505.00, can be made in person to the clerks office or mailed in. (CL) (Entered: 01/04/2023) |
| 01/10/2023 | 45 | USCA Appeal Fees received $ 505 receipt number 200000913 re 44 Notice of Appeal filed by Andrew Kosiba (CL) (Entered: 01/10/2023) |
| 01/10/2023 | | First Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 44 Notice of Appeal; Appeal Fee Paid. Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (CL) (Entered: 01/10/2023) |