UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## ORAL ARGUMENT STATEMENT (Local Rule 34.1(a))

**TO REQUEST ORAL ARGUMENT, FILL OUT THIS FORM AND FILE IT WITH THE CLERK WITHIN 14 DAYS AFTER THE FILING OF THE LAST APPELLEE BRIEF. IF THIS FORM IS NOT TIMELY FILED, YOU WILL NOT BE PERMITTED TO ARGUE IN PERSON.**

Short Title of Case: Kosiba v. Catholic Health Systems of Long Island, Inc. Docket No.: 23-6

Name of Party: Andrew Kosiba

Status of Party (e.g., appellant, cross-appellee, etc.): Appellant

Check one of the three options below:

- [ ] I want oral argument.
- [ ] I want oral argument only if at least one other party does.
- [x] I do not want oral argument.

An attorney whose preference depends on whether other attorneys will argue should consider conferring before requesting argument. After the appeal has been scheduled for oral argument, a motion by counsel to forgo oral argument, even on consent, may be denied.

If no party wants oral argument, the case will be decided on the basis of the written briefs. If you want oral argument, you must appear in Court on the date set by the Court for oral argument.

**The Court may determine to decide a case without oral argument even if the parties request it.**

**If you want oral argument**, state the name of the person who will argue:

Name: ______________________

(An attorney must be admitted to practice before the Court in accordance with Local Rule 46.1.)

**If you want oral argument**, list any dates (including religious holidays), that fall in the interval from 6 to 20 weeks after the due date of this form, that the person who will argue is not available to appear in Court:

______________________

______________________

**ANYONE WHO WANTS TO ARGUE MUST UPDATE THE COURT IN WRITING OF ANY CHANGE IN AVAILABILITY. THE COURT MAY CONSIDER A FAILURE TO UPDATE ABOUT AVAILABILITY WHEN DECIDING A MOTION TO POSTPONE A SET ARGUMENT DATE.**

**Filed by:**

Print Name: Andrew Cosiba Date: 5/2/2023

Signature: Andrew Kosiba

(Revised December 2011)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Kosiba

v.

Catholic Health Systems of Long Island, Inc.

**CERTIFICATE OF SERVICE***

Docket Number: 23-6

I, Andrew Kosiba (print name), hereby certify under penalty of perjury that on 5/2/2023 (date), I served a copy of Oral Argument Statement (Local Rule 34.1(a)) (list all documents)

by (select all applicable)**

___ Personal Delivery

✓ United States Mail

___ Federal Express or other Overnight Courier

___ Commercial Carrier

___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Roy W. Breitenbach | 333 Earle Ovington Blvd. Suite 901 | Uniondale, | NY | 11553 |
| Daniel J. Palermo | 333 Earle Ovington Blvd. Suite 901 | Uniondale, | NY | 11553 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5/2/2023
Today's Date

Andrew Kosiba
Signature










PRIORITY MAIL EXPRESS

EXPRESS
QUIRED

U.S. POSTAGE PAID
PME 1-Day
CENTEREACH, NY
11720
MAY 02, 23
AMOUNT

**$29.70**

RDC 07 10007 R2305M148892-05

LING
ELOPE
MESTIC AND
ATIONAL USE

## FOR DOMESTIC AND INTERNATIONAL USE

PRIORITY MAIL EXPRESS®

EI 089 318 251 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE (631) 495-9968

Andrew Kosiba
33 Neal Path
South Setauket, NY 11720

**DELIVERY OPTIONS (Customer Use Only)**

☒ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )

U.S. Court of Appeals Second Circuit
Clerk's Office
Thurgood Marshall Courthouse
40 Foley Square
New York, NY

ZIP + 4® (U.S. ADDRESSES ONLY) 10007-

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 11720 | 5/3/23 | $ 29.70 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 5/2/23 | ☒ 6:00 PM | $ | $ |
| Time Accepted ☐ AM ☒ PM | | Return Receipt Fee | Live Animal Transportation Fee |
| 2:57 PM | | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | $ 29.70 | |
| Weight ☐ Flat Rate | Acceptance Employee Initials | | |
| 1 lbs. 20 ozs. | [signature] | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

ule free Package Pickup,
an the QR code.